(52 Misc. Rep. 658)

### ENDERLEIN v. COGHLAN.

(Supreme Court, Appellate Term. February 4, 1907.)

COURTS—MUNICIPAL COURTS—APPEAL—DECISION REVIEWABLE—MOTION FOR SECURITY FOR COSTS.

 An order of the Muncipal Court, denying a motion to compel a nonresident plaintiff to give security for costs, is not appealable.

Appeal from Municipal Court, Borough of Manhattan, Tenth District.

Action by Edward H. Enderlein against William F. Coghlan. Defendant appeals from an order of the Municipal Court of the city of New York. Appeal dismissed.

Argued before GILDERSLEEVE, BLANCHARD, and DAYTON, JJ.

John G. Snyder, for appellant.
James E. Duross, for respondent.

PER CURIAM. Defendant appeals from an order of the Municipal Court denying his motion to compel the plaintiff, a nonresident, to give security for costs. The order is not an appealable one. White v. Lawyers' Surety Co. (Sup.) 84 N. Y. Supp. 247.

Appeal dismissed, with $10 costs.